JOHN J. JORDAN, ESQ. (State Bar No. 175678)
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Tel: (415) 391-4814
Fax: (415) 391-4308

Counsel for Defendant
DANIEL J. DOMINGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-0888 JF |
| ) | |
| Plaintiff, ) | (Proposed) **ORDER** |
| vs. ) | |
| ) | |
| DANIEL J. DOMINGUEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

GOOD CAUSE APPEARING, it is ordered that:

The date for defendant's sentencing hearing shall be continued until October 14, 2010, at 9:00 a.m., to allow sufficient time for the parties to complete sentencing discussions.

SO ORDERED.

DATED: August 23, 2010.

_____
HON. JEREMY D. FOGEL
United States District Judge

1